# In the United States Court of Federal Claims

No. 23-1797L
(Filed: December 4, 2023)

```
*************************************
                                    *
LIGADO NETWORKS LLC,                *
                                    *
                Plaintiff,          *
                                    *
        v.                          *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant.          *
                                    *
*************************************
```

## ORDER

    Pending is Defendant's Motion for an extension of time of 45 days to file its response to Plaintiff's Complaint. Plaintiff does not oppose the motion but requests a similar enlargement of 45 days to file its opposition to Defendant's response. For good cause shown, Defendant's Motion is granted. Defendant shall file its response on or before January 25, 2024, and Plaintiff shall file its opposition on or before April 8, 2024.

    **IT IS SO ORDERED.**

s/ Edward J. Damich<br>
EDWARD J. DAMICH<br>
Senior Judge