IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LIGADO NETWORKS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) | No. 23-1797 <br> Senior Judge Damich |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Pursuant to Rules 5.4(b)(1) and 7 of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests leave to exceed the page limitation for our forthcoming motion to dismiss. Specifically, we request leave to file a motion to dismiss of not more than 65 pages in length, or 25 pages more than the 40-page limitation in Rule 5.4(b)(1) of the RCFC. On January 18, 2024, counsel for Ligado Networks, LLC indicated via email that plaintiff consents to the requested relief.

Good cause supports this request. This is a matter in which Ligado has filed a 67-page complaint seeking tens of billions of dollars based on allegations that various Federal agencies and Congress effected a Fifth Amendment taking of spectrum licensed by the Federal Communications Commission (FCC). Given the numerous legal and factual issues raised in the complaint, as well as the extensive procedural history before the FCC, the additional 25 pages are necessary for the Government to meaningfully address Ligado's claims and the various arguments meriting their dismissal.

For these reasons, we respectfully request that the Court grant our unopposed motion for leave to exceed the page limitation in RCFC Rule 5.4(b)(1)

                                        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        PATRICIA M. McCARTHY
                                        Director

                                        <u>s/L. Misha Preheim</u>
                                        L. MISHA PREHEIM
                                        Assistant Director

                                        <u>s/Nathanael B. Yale</u>
                                        NATHANAEL B. YALE
                                        Senior Trial Counsel
                                        Commercial Litigation Branch
                                        Civil Division
                                        U.S. Department of Justice
                                        P.O. Box 480
                                        Ben Franklin Station
                                        Washington, DC 20044
                                        Telephone: (202) 616-0464

                                        BORISLAV KUSHNIR
                                        Senior Trial Counsel

January 19, 2024                          *Attorneys for Defendant*