# In the United States Court of Federal Claims

No. 23-1797L

(Filed: January 19, 2024)

```
*************************************
                                    *
LIGADO NETWORKS LLC,                *
                                    *
                                    *
              Plaintiff,            *
                                    *
    v.                              *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant.            *
                                    *
*************************************
```

## ORDER

Pending is Defendant's Motion for Leave to Exceed the Page Limit by 25-pages. The Court hereby DENIES Defendant's motion. The Court, however, will grant Defendant an additional 5-pages beyond the 40-page limitation set by Rule 5.4(b)(1) of the Rules of the Court of Federal Claims.

**IT IS SO ORDERED.**

s/Edward J. Damich  
EDWARD J. DAMICH  
Senior Judge
