**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LIGADO NETWORKS LLC,<br>      Plaintiff,<br>    v.<br>UNITED STATES OF AMERICA;<br>DEPARTMENT OF DEFENSE;<br>DEPARTMENT OF COMMERCE; and<br>NATIONAL TELECOMMUNICATIONS<br>AND INFORMATION<br>ADMINISTRATION,<br><br>      Defendants. | Case No. 23-1797<br>Senior Judge Damich |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Pursuant to Rules 5.4(b)(1) and 7 of the Rules of the United State Court of Federal Claims, Plaintiff Ligado Networks LLC ("Ligado") respectfully requests leave to exceed the page limitation for its forthcoming opposition to Defendants' motion to dismiss. Ligado seeks leave to file an opposition to Defendants' motion to dismiss of 45 pages, or 5 pages more than the 40-page limitation in Rule 5.4(b)(1) of the Rules of the Court of Federal Claims. On March 15, 2024, counsel for the United States indicated via email that Defendants consent to the requested relief.

Good cause supports Ligado's request. This Court previously granted in part Defendants' motion to exceed the page limitation of their motion to dismiss, extending their page limitation by 5 pages. Through its motion, Ligado seeks an equal extension of the page limit of its opposition. The additional 5 pages are also necessary to address the numerous legal and factual issues in Defendants' motion to dismiss, which canvasses an extensive procedural history and administrative record and raises six independent grounds

to dismiss Plaintiffs' complaint. This is also a matter of enormous consequence and urgency to Ligado, necessitating the extra pages to adequately address Defendants' motion.

For these reasons, Ligado respectfully requests that the Court grant our unopposed motion to exceed the page limitation for its forthcoming opposition to Defendants' motion to dismiss by 5 pages.

Dated:   March 15, 2024
         New York, New York

By: */s/ Harris M. Fischman*

**MUNGER, TOLLES, & OLSON, LLP**

Donald B. Verrilli, Jr., *Of Counsel*
Ginger D. Anders, *Of Counsel*
601 Massachusetts Ave. NW
Suite 500
Washington D.C., 20001
Tel: (202) 220-1100
Email: Donald.Verrilli@mto.com
Email: Ginger.Anders@mto.com

**SELENDY GAY PLLC**

Philippe Z. Selendy, *Of Counsel*
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9000
Email: pselendy@selendygay.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Harris M. Fischman
Martin Flumenbaum, *Of Counsel*
Carter E. Greenbaum, *Of Counsel*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Email: hfischman@paulweiss.com
Email: mflumenbaum@paulweiss.com
Email: cgreenbaum@paulweiss.com

**COVINGTON & BURLING LLP**

Megan Crowley, *Of Counsel*
850 10th Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000
Email: mcrowley@cov.com

*Counsel for Ligado Networks LLC*