# In the United States Court of Federal Claims

No. 23-1797L
(Filed: April 4, 2024)

```
*************************************
                                     *
LIGADO NETWORKS LLC,                 *
                                     *
                                     *
              Plaintiff,             *
                                     *
     v.                              *
                                     *
THE UNITED STATES,                   *
                                     *
              Defendant.             *
                                     *
*************************************
```

## **ORDER**

    Pending is Plaintiff's Motion to schedule a pretrial conference to expedite scheduling oral argument. The Court hereby **DENIES** the Motion. The Court, however, will promptly contact the parties to schedule oral argument after the filing of Defendant's Reply, if the Court deems oral argument necessary.

    **IT IS SO ORDERED.**

                                                                 s/Edward J. Damich
                                                                 EDWARD J. DAMICH
                                                                 Senior Judge