IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LIGADO NETWORKS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 23-1797 |
| ) | Senior Judge Damich |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**<u>NOTICE OF INTERLOCUTORY APPEAL</u>**

Notice is hereby given that the United States Court of Appeals for the Federal Circuit has granted defendant's petition for permission to appeal pursuant to 28 U.S.C. § 1292(d)(2) the November 18, 2024, Order of the United States Court of Federal Claims. The appeal has been assigned case number 25-1792 at the Federal Circuit.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Director

s/Nathanael B. Yale
NATHANAEL B. YALE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-0464

BORISLAV KUSHNIR
Senior Trial Counsel

PATRICK ANGULO
KYLE BECKRICH
Trial Attorneys

May 22, 2025                                    *Attorneys for Defendant*