# In the United States Court of Federal Claims

No. 23-1797L
(Filed: April 30, 2026)

```
************************************
                                  *
LIGADO NETWORKS LLC,              *
                                  *
                                  *
              Plaintiff,          *
                                  *
       v.                         *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
                                  *
************************************
```

## ORDER

Pursuant to the Mandate of the United States Court of Appeals for the Federal Circuit, ECF No. 49, the Court **ORDERS** the parties to file a joint status report on **May 15, 2026**, proposing how litigation shall go forward in this case.

**IT IS SO ORDERED.**

s/Edward J. Damich
EDWARD J. DAMICH
Senior Judge