**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

LIGADO NETWORKS LLC,

          Plaintiff,

  v.

UNITED STATES OF AMERICA,

          Defendant.

Case No. 23-1797L

Senior Judge Damich

**JOINT MOTION TO EXTEND DEADLINE FOR JOINT STATUS REPORT**

Plaintiff Ligado Networks LLC ("Ligado") and Defendant the United States of America (all together, "the Parties") respectfully submit this joint motion to extend this Court's June 15, 2026 deadline for the Parties to file a joint status report (ECF No. 52) by 30 days to July 15, 2026. Discussions between the Parties regarding potential next steps are ongoing. The additional time will allow the Parties to continue those discussions.

1

Dated:   June 12, 2026

**MUNGER, TOLLES, & OLSON, LLP**

Donald B. Verrilli, Jr., *Of Counsel*
Ginger D. Anders, *Of Counsel*
601 Massachusetts Ave. NW
Suite 500
Washington D.C., 20001
Tel: (202) 220-1100
Email: Donald.Verrilli@mto.com
Email: Ginger.Anders@mto.com

**SELENDY GAY PLLC**

Philippe Z. Selendy, *Of Counsel*
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 390-9000
Email: pselendy@selendygay.com

By:  */s/ Nathanael B. Yale*

BRETT A SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

NATHANAEL B. YALE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
US Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 616-0464
Email: Nathanael.B.Yale@usdoj.gov

*Counsel for Defendant*

By:  */s/ Harris M. Fischman*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Harris M. Fischman
Martin Flumenbaum, *Of Counsel*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Email: hfischman@paulweiss.com
Email: mflumenbaum@paulweiss.com

**COVINGTON & BURLING LLP**

Kevin King, *Of Counsel*
850 10th Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000
Email: kking@cov.com

*Counsel for Ligado Networks LLC*

2