# In the United States Court of Federal Claims

No. 23-1797L
(Filed:  July 14, 2026)

```
************************************
                                   *
LIGADO NETWORKS LLC,               *
                                   *
                                   *
            Plaintiff,             *
                                   *
      v.                           *
                                   *
THE UNITED STATES,                 *
                                   *
            Defendant.             *
                                   *
************************************
```

## ORDER

Pending is the parties' Joint Motion to Extend the Deadline for a Joint Status Report. ECF No. 55.  For good cause shown, the Motion is GRANTED.  The Court **ORDERS** the parties to file a joint status report on **August 14, 2026**, proposing how litigation shall go forward in this case.

**IT IS SO ORDERED.**

s/Edward J. Damich
EDWARD J. DAMICH
Senior Judge