# In the United States Court of Federal Claims

No. 23-1797L
(Filed: September 2, 2026)

***********************************
LIGADO NETWORKS LLC, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
***********************************

**ORDER**

The parties in Ligado filed a status report on August 14, 2026, explaining that the parties disagree on how to proceed in this case. Plaintiff argues that the Court should allow discovery to commence because the property right issue in this case can be better addressed after discovery in summary judgment motion practice. The Government argues that the Federal Circuit's mandate requires the Court to schedule a second round of Rule 12(b)(6) of the Rules of the Court of Federal Claims ("RCFC") briefing focusing on whether Ligado has pleaded a cognizable property interest.

The Court agrees with the Government. The Federal Circuit's mandate requires the Court to readdress the issue of whether a property interest exists before the Court can move to discovery and summary judgment briefing. *See Laitram Corp. v. NEC Corp.*, 115 F.3d 947, 950-51 (Fed. Cir. 1997) (According to the mandate rule, the trial court's conduct on remand "should not be inconsistent with either the letter or the spirit of the mandate."). Specifically, the Federal Circuit "vacate[d]" this Court's November 18, 2024, decision "insofar as it holds that Ligado has pleaded the existence of a property right" and "remand[ed] the matter" to this Court "for proceedings, presumably a new round of Rule 12(b)(6) proceedings, consistent with this opinion." Ligado, 2026 WL 653982 at *14.

Thus, the Court **ORDERS** the Government to file a proposed schedule for a renewed round of RCFC Rule 12(b)(6) briefing on **September 14, 2026**.

**IT IS SO ORDERED.**

s/Edward J. Damich
EDWARD J. DAMICH
Senior Judge